**Affirmed and Memorandum Opinion filed July 16, 2015.**



In The

# Fourteenth Court of Appeals

NO. 14-14-00588-CR
NO. 14-14-00590-CR

**TRYMAINE HOLLINS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 182nd District Court
Harris County, Texas
Trial Court Cause Nos. 1366598 and 1366599**

## M E M O R A N D U M   O P I N I O N

Appellant appeals his convictions for sexual assault of a child under the age of 17. The jury sentenced appellant to confinement for six years in each case. The trial court ordered the sentences to run consecutively. Appellant's appointed counsel filed a brief in which he concludes the appeal in each case is wholly frivolous and without merit. The brief meets the requirements of *Anders v. California*, 386 U.S. 738 (1967), by advancing frivolous contentions which might

arguably support the appeal. *See Gainous v. State,* 436 S.W.2d 137 (Tex. Crim. App. 1969); *Jackson v. State,* 485 S.W.2d 553 (Tex. Crim. App. 1972); *Currie v. State,* 516 S.W.2d 684 (Tex. Crim. App. 1974).

A copy of counsel's brief was delivered to appellant. Appellant was advised of the right to examine the appellate record and file a pro se response. *See Stafford v. State,* 813 S.W.2d 503, 512 (Tex. Crim. App. 1991). As of this date, no pro se response has been filed.

We have carefully reviewed the record and counsel's brief in each case and agree the appeal is wholly frivolous and without merit. Further, we find no reversible error in the record in each case. We are not to address the merits of each claim raised in an Anders brief or a pro se response when we have determined there are no arguable grounds for review. *See Bledsoe v. State,* 178 S.W.3d 824, 827–28 (Tex. Crim. App. 2005).

Accordingly, the judgment of the trial court is affirmed in each case.

PER CURIAM

Panel consists of Justices Christopher, Brown and Wise.

Do Not Publish — Tex. R. App. P. 47.2(b).